

Marci Goldstein Kokalas | Partner
Direct 973.681.7025 | mkokalas@goldbergsegalla.com

November 23, 2021

**Via ECF**
Hon. Judge Susan D. Wigenton, U.S.D.J.
U.S. District Court, District of New Jersey
Martin Luther King Bldg. & U.S. Courthouse
50 Walnut Street
Newark, NJ  07101

      **Re:**    *Elan Caterers, LLC v. Harleysville Insurance Company*
            Civil Action No.:  2:21-cv-19497-SDW-JSA
            **Request to Approve Change in Case Caption**

Dear Judge Wigenton:

      This firm represents defendant Harleysville Insurance Company ("Harleysville") in the above-referenced matter, which was removed to this Court on November 1, 2021. Due to a filing error, the matter is erroneously captioned *Wyckoff Properties, LP v. Harleysville Insurance Company*. We have contacted the Courtroom Deputy to correct the caption, who instructed us to file this letter requesting the correction. Harleysville respectfully requests that the Court approve the aforementioned change to the caption of the above-referenced action to *Elan Caterers, LLC v. Harleysville Insurance Company*, to correctly reflect the parties to this matter.

Thank you in advance for the Court's consideration.

      Respectfully submitted,

      /s/ Marci Goldstein Kokalas
      Marci Goldstein Kokalas

**SO ORDERED.**

*s/ Jessica S. Allen*
Hon. Jessica S. Allen, U.S.M.J.
Dated: 11/29/2021

cc:    *Via ECF*
       Francis Crotty, Esq.
       *Counsel for Plaintiff*

**Please send mail to our scanning center at: PO Box 847, Buffalo NY 14201**

**OFFICE LOCATION** 1037 Raymond Boulevard, Suite 1010, Newark, NJ 07102-5423  |  **PHONE** 973-681-7000  |  **FAX** 973-681-7101  |  www.goldbergsegalla.com
CALIFORNIA  |  CONNECTICUT  |  FLORIDA  |  ILLINOIS  |  NEW JERSEY  |  NEW YORK  |  NORTH CAROLINA  |  MARYLAND  |  MISSOURI  |  PENNSYLVANIA
31605655.v1